**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 26-3279-GW-SPx | Date | August 13, 2026 |
| Title | *Dawnisha Greer v. Panda Restaurant Group, Inc.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Araceli Prado | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Andree Rozados-Quaresima | Spencer Persson |

**PROCEEDINGS: PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [10]**

The Court issued its Tentative Ruling on Plaintiff's Motion [10] on August 11, 2026 [15]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the Motion and remands this case to state court and DENIES the Motion as to Plaintiff's request for attorneys' fees and costs.

: 01

Initials of Preparer JG